**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**KEENUM O. DAVIS**                                                                                    **PLAINTIFF**

**V.**                                                                **CIVIL ACTION NO. 3:08-CV-77-SA-SAA**

**ASHLEY FURNITURE INDUSTRIES, INC.**                                                  **DEFENDANT**

## ORDER

Pursuant to an opinion issued this day, it is hereby **ORDERED** that:

(1)  the Defendant's Motion to Dismiss [8] is **GRANTED**.

(2)  This case is, therefore, **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this the 9th day of March 2009.

 

                    **/s/ Sharion Aycock**
                    **UNITED STATES DISTRICT JUDGE**